IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JOSE E. HINOJOSA,<br>    Plaintiff, | §<br>§<br>§ | |
| v. | § | Civil Action No. C-08-141 |
| | § | |
| UNITED STATES OF AMERICA,<br>    Defendant. | §<br>§<br>§ | |

## FINAL JUDGMENT

In accordance with the Court's Order Granting Defendant's Motion to Dismiss, the Court enters final judgment dismissing Jose E. Hinojosa's Motion for Return of Property.

It is ORDERED this 5th day of December, 2008.

_____
Janis Graham Jack
United States District Judge